

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00236-CV |
| ABRAHAM WOLF, | § | Appeal from the |
| Appellant, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| GARRY STARR AND BONNIE STARR, | § | (TC# 2012-DCV05225) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 7, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen G. Peters, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 7, 2015.

IT IS SO ORDERED this 9th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.